NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MILLENNIUM DENTAL TECHNOLOGIES, INC.,**
*Plaintiff-Appellant,*

v.

**FOTONA D.D.,**
*Defendant-Appellee.*

---

2010-1428

---

Appeal from the United States District Court for the Central District of California in case no. 09-CV-1792, Judge Manuel L. Real.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of the motion to withdraw Shen Li Khong as counsel for Fotona, d.d.,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**APR 2 0 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Philip J. Graves, Esq.
   Shen Li Khong, Esq.
   James S. Azadian, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**APR 2 0 2011**

**JAN HORBALY**
**CLERK**